IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Christopher H. Docchio, ) | Case No. 18-20252 CMB |
| *Debtor* ) | Chapter 13 |
| ) | |
| Christopher H. Docchio, ) | Related to Doc. No. 15 |
| Social Security No. XXX-XX-5806 ) | |
| *Movant* ) | |
| ) | |
| *vs.* ) | |
| ) | |
| Home Performance Coalition Inc. and ) | |
| Ronda J. Winnecour, Trustee, ) | |
| *Respondents* ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on March 1, 2018, a true and correct copy of the *Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Christopher H. Docchio
1100 Liberty Avenue Apartment 305
Pittsburgh, PA 15222

Home Performance Coalition Inc.
Attn: Payroll Dept.
1187 Thorn Run Road Ext.
Coraopolis, PA 15108

Date of Service:    March 1, 2018      /s/ Lauren M. Lamb
Lauren M. Lamb, Esquire
STEIDL & STEINBERG
28th Floor, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
PA I.D. 209201