UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Christopher H. Docchio<br>　　　　　Debtor(s) | |
| BANK OF AMERICA, N.A.<br>　　　　　Movant<br>v.<br>Christopher H. Docchio<br>　　　　　Respondent<br>and<br>Ronda J. Winnecour, Trustee<br>　　　　　Additional Respondent | BK. NO. 18-20252 CMB<br><br>CHAPTER 13<br><br>Related to Docket # 23 |

# ENTERED BY DEFAULT

## ORDER MODIFYING SECTION 362 AUTOMATIC STAY

　　　　AND NOW, this 6th day of April, 2018, at Pittsburgh, upon Motion of BANK OF AMERICA, N.A.,

　　　　**ORDERED THAT:** The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is granted and modified to permit Bank of America, N.A., to take possession and sell, lease, and otherwise dispose of the 2010 MERCEDES-B C-CLASS, ("Vehicle"), bearing a VIN Number WDDGF8BBXAF362318.

　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Carlota M. Böhm_ dms
　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

FILED
4/6/18 10:53 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Christopher H. Docchio
1100 Liberty Avenue
Apartment 305
Pittsburgh, PA 15222

Lauren M. Lamb Esq.
Steidl & Steinberg
707 Grant Street
28th Floor - Gulf Tower
Pittsburg, PA 15219
llamb@steidl-steinberg.com

Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Christopher H. Docchio  
    Debtor

Case No. 18-20252-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: dsaw    Page 1 of 1    Date Rcvd: Apr 06, 2018  
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2018.  
db          +Christopher H. Docchio,   1100 Liberty Avenue,   Apartment 305,   Pittsburgh, PA 15222-4241

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2018                                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2018 at the address(es) listed below:  
          Allison L. Carr   on behalf of Creditor   Duquesne Light Company acarr@bernsteinlaw.com,  
    acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com  
          James Warmbrodt   on behalf of Creditor   Bank Of America, N.A. bkgroup@kmllawgroup.com  
          Jeffrey R. Hunt   on behalf of Creditor   City & School District of Pittsburgh jhunt@grblaw.com,  
    cnoroski@grblaw.com  
          Lauren M. Lamb   on behalf of Debtor Christopher H. Docchio  
    julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;leslie.nebel@steidl-steinberg.com;dambrose@steidl-steinberg.com;cgoga@steidl-steinberg.com;lamblr53037@notify.bestcase.com;rlager@steidl-steinberg.com  
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov  
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com  
                                                                                                             TOTAL: 6