# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) **ELECTRONICALLY FILED** |
| | ) |
| CHRISTOPHER H. DOCCHIO, | ) |
| | ) |
| Debtor. | ) Bankruptcy No. 18-20252-CMB |
| | ) Chapter 13 |
| | ) |
| | ) |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

TO THE CLERK, U.S. BANKRUPTCY COURT:

Kindly enter my appearance on behalf of Creditor, Sewickley Heights Manor Homes Association, in the above-captioned matter, and add my name to the mailing matrix to receive notices of all matters in this case.

Respectfully submitted,

MEYER, UNKOVIC & SCOTT LLP

Dated: April 19, 2018

By: /s/ Brandon B. Rothey
Brandon B. Rothey, Esquire
Pa. ID # 307823
535 Smithfield Street, Suite 1300
Pittsburgh, Pennsylvania 15222-2315
TEL: (412) 456-2800
FAX: (412) 456-2864
E-Mail: bbr@muslaw.com

ATTORNEYS FOR SEWICKLEY
HEIGHTS MANOR HOMES
ASSOCIATION