IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Christopher H. Docchio, | ) | Case No. 18-20252-CMB |
| | ) | Chapter 13 |
| Debtor | ) | |
| | ) | Docket No. |
| Christopher H. Docchio, | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Sewickley Heights Manor Homes | ) | |
| Association, | ) | |
| | ) | |
| Respondent | ) | |

### NOTICE OF HEARING WITH RESPONSE DEADLINE ON OBJECTION TO SECURED STATUS OF RESPONDENT'S CLAIM 6

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for the Movant a response to the motion no later than **December 17, 2018**, i.e., thirty (30) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held on **January 16, 2019 at 10:00 a.m.** before the Honorable Judge Carlota M. Bohm in Court Room B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of 15 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date: November 15, 2018        /s/Lauren M. Lamb
        DATE        Lauren M. Lamb, Esquire
                             Attorney for the Debtors
                             STEIDL & STEINBERG
                             Suite 2830 – Gulf Tower
                             707 Grant Street
                             Pittsburgh, PA  15219
                             (412) 391-8000
                             PA I. D. No. 209201
                             llamb@steidl-steinberg.com