IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Christopher H. Docchio, | ) | Case No. 18-20252-CMB |
| | ) | Chapter 13 |
| Debtor | ) | |
| | ) | Docket No. |
| Christopher H. Docchio, | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Sewickley Heights Manor Homes Association, | ) ) | |
| | ) | |
| Respondent | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on November 15, 2018, a true and correct copy of the Objection to Claim, Proposed Order, Notice of Hearing with Responsive Deadline was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Sewickley Heights Manor Homes Association
c/o Brandon B. Rothey, Esq.
535 Smithfield Street, Suite 1300
Pittsburgh, PA 15222

Sewickley Heights Manor Homes Association
101 Greenwood Drive
Sewickley, PA 15143


Date: November 15, 2018          /s/Lauren M. Lamb_____
         DATE                    Lauren M. Lamb, Esquire
                                 Attorney for the Debtors
                                 STEIDL & STEINBERG
                                 Suite 2830 – Gulf Tower
                                 707 Grant Street
                                 Pittsburgh, PA  15219
                                 (412) 391-8000
                                 PA I. D. No. 209201
                                 llamb@steidl-steinberg.com