IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) **ELECTRONICALLY FILED** |
| | ) |
| CHRISTOPHER H. DOCCHIO, | ) |
| | ) |
| Debtor. | ) Bankruptcy No. 18-20252-CMB |
| | ) Chapter 13 |
| CHRISTOPHER H. DOCCHIO, | ) |
| | ) |
| Movant | ) |
| | ) |
| vs. | ) |
| | ) |
| SEWICKLEY HEIGHTS MANOR HOMES ASSOCIATION, | ) |
| | ) |
| Respondent | ) |

## RESPONSE OF NO OBJECTION REGARDING MOVANT'S OBJECTION TO SECURED STATUS OF RESPONDENT'S CLAIM (Doc. No. 41)

Respondent, Sewickley Heights Manor Homes Association has no objection to Movant's proposed Order of Court - as it is drafted – relating to the Objection to Secured Status of Respondent's Claim filed on November 15, 2018 and recorded under Document Number 41.

Respectfully submitted,

Date: December 17, 2018

/s/ Brandon B Rothey, Esquire
Brandon B. Rothey, Esquire
Pa. I.D. #307823

MEYER, UNKOVIC & SCOTT LLP
Henry W. Oliver Building
535 Smithfield Street, Suite 1300
Pittsburgh, PA 15222
412-456-2800
412-456-2864 (fax)
bbr@muslaw.com
Attorney for Debtor