IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Christopher H. Docchio, | ) | Bankruptcy No. 18-20252 CMB |
| | ) | Chapter 13 |
| Debtor | ) | Document No. |
| | ) | |
| Christopher H. Docchio, | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| No Respondents | | |

**<u>NOTICE OF CHANGE OF ADDRESS</u>**

AND NOW, comes the Movant, Christopher H. Docchio, by and through his attorney, Lauren M. Lamb and Steidl and Steinberg, Attorneys at Law, and respectfully represents as follows:

1. At the time of filing, the Movant had an address of 1100 Liberty Avenue Apartment 305 Pittsburgh, PA 15222.

2. The Movant has since moved and his new address is 147 Fairfield Drive, New Brighton, PA 15066.

WHEREFORE, the Movant, Christopher H. Docchio, respectfully files this Notice of Change of Address.

Respectfully submitted,

<u>September 16, 2020</u>        /s/ Lauren M. Lamb
DATE                Lauren M. Lamb, Esquire
                Attorney for the Debtor
                STEIDL & STEINBERG
                Suite 2830, Gulf Tower
                707 Grant Street
                Pittsburgh, PA 15219
                (412) 391-8000
                llamb@steidl-steinberg.com
                PA I.D. No. 209201