# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| CHRISTOPHER H. DOCCHIO | Case No. 18-20252CMB |
| Debtor(s) | Chapter 13 |
| RONDA J. WINNECOUR, | |
| Standing Chapter 13 Trustee, | |
| Movant | Document No __ |
| vs. | |
| PENTAGON FCU | |
| Respondents | |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has returned a check from the Trustee.  No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

CREDITOR INDICATES THE LOAN HAS BEEN SOLD.  NO ADDITIONAL INFORMATION HAS BEEN RECEIVED.

PENTAGON FCU
C/O RA ROGERS INC
PO BOX 3302
CROFTON, MD 21114

Court claim# 9/Trustee CID# 8

The Movant further certifies that on 05/18/2021 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

DEBTOR(S):
CHRISTOPHER H. DOCCHIO, 147 FAIRFIELD DRIVE, NEW BRIGHTON, PA  15066

ORIGINAL CREDITOR:
PENTAGON FCU, C/O RA ROGERS INC, PO BOX 3302, CROFTON, MD 21114

NEW CREDITOR:

DEBTOR'S COUNSEL:
LAUREN M LAMB ESQ, STEIDL & STEINBERG, 707 GRANT ST 28TH FLOOR, PITTSBURGH, PA  15219