IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Christopher H. Docchio | ) | Case No. 18-20252 CMB |
| | ) | Chapter 13 |
| Debtor | ) | Docket No. 55 |
| | ) | |
| | ) | |
| Christopher H. Docchio | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Aleppo Township Authority, Bank of | ) | |
| America, Citizens Bank, City of School | ) | |
| District of Pennsylvania, Clearview FCU, | ) | |
| Discover Bank, Duquesne Light, PHFA, | ) | |
| PNC Bank, Penn Credit Corp., PA Dept. of | ) | |
| Revenue, Pentagon FCU, Quantum3, | ) | |
| R.A. Rogers, Inc., Sewickley Heights | ) | |
| Manor Homes, and Ronda J. Winnecour, | ) | |
| Trustee, | ) | |
| Respondents | ) | |

**CONSENT ORDER BETWEEN DEBTOR AND CHAPTER 13 TRUSTEE REGARDING MOTION TO APPROVE THE DEBTOR TO OBTAIN VEHICLE FINANCING**

AND NOW comes the debtor, Christopher H. Docchio, by and through his attorney, Lauren M. Lamb and Steidl and Steinberg, and respectfully represent as follows:

1. This case was commenced on January 24, 2018 when the debtor filed a voluntary petition under Chapter 13 of the Bankruptcy Code.

2. The debtor currently owns a 2009 Acura TSX.

3. It would cost around $5000 to fix and the Acura will not pass inspection.

4. The debtor needs to replace the vehicle as he is employed.

5. The debtor has been tentatively approved for vehicle financing through Atlantic Acceptance for a 2015 BMW 228. The total loan amount is $23,701.00 and the monthly payment is $475.74 for 72 months at 16.35% interest.

6. The Office of the Chapter 13 Trustee does not oppose the debtor moving forward with the financing of this vehicle.

7. A Report of Financing will be filed within 14 days of the sale being executed.

8. No Amended Chapter 13 Plan is necessary, as the Debtor has approximately six more months left of his bankruptcy. Debtor will pay the new car payment outside of the plan on his own.

WHEREFORE, the Debtor, Christopher Docchio, respectfully requests this Honorable Court approve him to obtain a vehicle loan for no more than $25,000.00 with a monthly payment of up to $500.00.

Respectfully Submitted,

<u>August 1, 2022</u>　　　　　　　　　/s/ Lauren M. Lamb
DATE　　　　　　　　　　　　　Lauren M. Lamb, Esquire
　　　　　　　　　　　　　　　　Attorney for the Debtors
　　　　　　　　　　　　　　　　STEIDL & STEINBERG
　　　　　　　　　　　　　　　　Suite 2830 – Gulf Tower
　　　　　　　　　　　　　　　　707 Grant Street
　　　　　　　　　　　　　　　　Pittsburgh, PA  15219
　　　　　　　　　　　　　　　　(412) 391-8000
　　　　　　　　　　　　　　　　PA I. D. No. 209201
　　　　　　　　　　　　　　　　llamb@steidl-steinberg.com

<u>August 2, 2022</u>　　　　　　　　　/s/ Katherine DeSimone
DATE　　　　　　　　　　　　　Katherine DeSimone, Esquire
　　　　　　　　　　　　　　　　Attorney for Chapter 13 Trustee
　　　　　　　　　　　　　　　　Suite 3250, USX Tower
　　　　　　　　　　　　　　　　600 Grant Street
　　　　　　　　　　　　　　　　Pittsburgh, PA 15219

412-471-5566

IT IS SO ORDERED.

Dated: August 5, 2022

/s/ Carlota M. Böhm, J.
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

FILED
8/5/22 8:44 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-20252-CMB |
| Christopher H. Docchio | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Aug 05, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Christopher H. Docchio, 147 Fairfield Drive, New Brighton, PA 15066-3503 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2022            Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brandon B. Rothey | on behalf of Creditor Sewickley Heights Manor Homes Association bbr@muslaw.com tad@muslaw.com;rmp@muslaw.com;muslawpitt@yahoo.com |
| Brian Nicholas | on behalf of Creditor Bank Of America N.A. bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor City & School District of Pittsburgh jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Lauren M. Lamb | on behalf of Debtor Christopher H. Docchio julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;jseech@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Aug 05, 2022 | Form ID: pdf900 | Total Noticed: 1 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 7