IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Christopher H. Docchio | ) | Case No. 18-20252 CMB |
| | ) | Chapter 13 |
| Debtor | ) | Docket No. |
| | ) | |
| | ) | |
| Christopher H. Docchio | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Aleppo Township Authority, Bank of America, Citizens Bank, City of School District of Pennsylvania, Clearview FCU, Discover Bank, Duquesne Light, PHFA, PNC Bank, Penn Credit Corp., PA Dept. of Revenue, Pentagon FCU, Quantum3, R.A. Rogers, Inc., Sewickley Heights Manor Homes, and Ronda J. Winnecour, Trustee, | ) ) ) ) ) ) ) ) ) | |
| Respondents | ) | |

## REPORT OF NO AUTOMOBILE FINANCING

AND NOW, comes the debtor, Christopher Docchio, by and through his attorney Lauren M. Lamb, and Steidl and Steinberg, and respectfully represents as follows:

1. On August 5, 2022, this Honorable Court signed an Order authorizing the Debtor to purchase a new or used motor vehicle for an amount up to $25,000.00.

2. Debtor was unable to obtain financing and plans to wait until his case is discharged to move forward with purchasing another vehicle.

WHEREFORE, the debtor, Christopher Docchio, respectfully files this report of no financing.

                                                Respectfully submitted,

September 6, 2022                 /s/ Lauren M. Lamb
DATE                                          Lauren M. Lamb Esquire
                                                Attorney for the Debtors

                                                STEIDL & STEINBERG
                                                Suite 2830 – Gulf Tower
                                                707 Grant Street
                                                Pittsburgh, PA  15219

                (412) 391-8000
                PA I. D. No.  209201
                llamb@steidl-steinberg.com

Case 18-20252-CMB    Doc 58    Filed 09/06/22    Entered 09/06/22 14:50:55    Desc Main
Document    Page 2 of 2