**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Christopher H. Docchio**
Debtor(s)

Bankruptcy Case No.: 18−20252−CMB

Chapter: 13
Docket No.: 63 − 62

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 24th of February, 2023, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 4/10/23.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **4/20/23 at 02:30 PM at https://www.zoomgov.com/j/, Meeting ID: 161 4380 0191** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. To join the Zoom Hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb−proc−videohrg.pdf.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

    **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M Bohm.**

    In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **4/10/23.**

                                                            Carlota M Bohm
                                                            United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re:      Case No. 18-20252-CMB
Christopher H. Docchio      Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3
Date Rcvd: Feb 24, 2023      Form ID: 408v      Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher H. Docchio, 147 Fairfield Drive, New Brighton, PA 15066-3503 |
| cr | + | Sewickley Heights Manor Homes Association, 101 Greenwood Drive, Sewickley, PA 15143-8800 |
| 14763160 | + | Aleppo Township Authority, 100 North Drive, Suite 2, Sewickley, PA 15143-2383 |
| 14763163 | + | Citizens Bank, PO Box 789, Providence, RI 02901-0789 |
| 14763164 | + | Clearview Federal Credit Union, PO Box 96099, Charlotte, NC 28296-0099 |
| 14763165 | + | Duquesne Light, PO Box 67, Pittsburgh, PA 15267-0067 |
| 14763170 | | PNC Visa, P. O. Box 856177, Louisville, KY 40285-6177 |
| 14763167 | + | Penn Federal Credit Union, Delinquency Control Center, PO Box 5100, Fort Hood, TX 76544-0100 |
| 14763172 | + | Sewickley Heights Manor Homes Associatio, 101 Greenwood Drive, Sewickley, PA 15143-8800 |
| 14792981 | + | Sewickley Heights Manor Homes Association, c/o Brandon B. Rothey, Esq., 535 Smithfield Street, Suite 1300, Pittsburgh, PA 15222-2300 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Feb 25 2023 00:18:00 | City & School District of Pittsburgh, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | | Email/Text: bnc-quantum@quantum3group.com | Feb 25 2023 00:18:00 | Quantum3 Group LLC, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14787377 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 25 2023 00:17:00 | Bank Of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 14763162 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 25 2023 00:17:00 | Bank of Ameica, P.O. Box 15026, Wilmington, DE 19850-5026 |
| 14765321 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 25 2023 00:17:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 14788919 | + | Email/Text: ebnjts@grblaw.com | Feb 25 2023 00:18:00 | City & School District of Pittsburgh, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14787464 | + | Email/Text: bankruptcy@clearviewfcu.org | Feb 25 2023 00:18:00 | Clearview FCU, 8805 University Blvd, Moon Township PA 15108-4212 |
| 14782393 | | Email/Text: mrdiscen@discover.com | Feb 25 2023 00:17:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14798700 | + | Email/Text: kburkley@bernsteinlaw.com | Feb 25 2023 00:19:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14763166 | | Email/Text: bankruptcies@penncredit.com | Feb 25 2023 00:18:00 | Penn Credit Corp, PO Box 988, Harrisburg, PA 17108 |
| 14763168 | | Email/Text: blegal@phfa.org | Feb 25 2023 00:18:00 | PHFA, P.O. Box 15057, Harrisburg, PA 17105-5057 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14803616 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 25 2023 00:17:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14814981 | + | Email/Text: bankruptcy@rarogersinc.com | Feb 25 2023 00:19:00 | Pentagon FCU, c/o R.A. Rogers, Inc., PO Box 3302, Crofton, MD 21114-0302 |
| 15383431 | | Email/Text: bnc-quantum@quantum3group.com | Feb 25 2023 00:18:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14763171 | + | Email/Text: bankruptcy@rarogersinc.com | Feb 25 2023 00:19:00 | R.A. Rogers Inc, PO Box 3302, Crofton, MD 21114-0302 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bank Of America, N.A. |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14763161 | *+ | Aleppo Township Authority, 100 North Drive, Suite 2, Sewickley, PA 15143-2383 |
| 14763169 | * | PHFA, P.O. Box 15057, Harrisburg, PA 17105-5057 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2023    Signature: /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brandon B. Rothey | on behalf of Creditor Sewickley Heights Manor Homes Association bbr@muslaw.com tad@muslaw.com;rmp@muslaw.com;muslawpitt@yahoo.com |
| Brian Nicholas | on behalf of Creditor Bank Of America  N.A. bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor City & School District of Pittsburgh jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Lauren M. Lamb | on behalf of Debtor Christopher H. Docchio julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Feb 24, 2023 | Form ID: 408v | Total Noticed: 25 |

Ronda J. Winnecour
                    cmecf@chapter13trusteewdpa.com

TOTAL: 7