**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>CHRISTOPHER H. DOCCHIO<br><br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>　　　　Movant<br>　　　vs.<br>No Respondents. | Case No.:18-20252<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

February 23, 2023

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/24/2018 and confirmed on 3/2/18. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 14,745.50 |
| Less Refunds to Debtor | 262.11 | |
| TOTAL AMOUNT OF PLAN FUND | | 14,483.39 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,165.00 | |
|   Trustee Fee | 654.54 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,819.54 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   CLEARVIEW FCU** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5468 | | | | |
|   BANK OF AMERICA NA** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6894 | | | | |
| | ***N O N E*** | | | |
| **Priority** | | | | |
|   LAUREN M LAMB ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CHRISTOPHER H. DOCCHIO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CHRISTOPHER H. DOCCHIO | 262.11 | 262.11 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 3,165.00 | 3,165.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CITY AND SCHOOL DISTRICT OF PITTSBL | 466.60 | 466.60 | 0.00 | 466.60 |
|     Acct: 0314 | | | | |
| | | | | 466.60 |
| **Unsecured** | | | | |
|   ALEPPO TWP AUTHORITY** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3720 | | | | |
|   ALEPPO TWP AUTHORITY** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3720 | | | | |
|   CITIZENS BANK NA(*) | 1,025.26 | 347.91 | 0.00 | 347.91 |
|     Acct: 8929 | | | | |
|   DUQUESNE LIGHT COMPANY(*) | 1,067.99 | 362.41 | 0.00 | 362.41 |
|     Acct: 8995 | | | | |
|   QUANTUM3 GROUP LLC - AGENT FOR SA | 15,239.17 | 5,171.26 | 0.00 | 5,171.26 |
|     Acct: 7700 | | | | |
|   PHFA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6126 | | | | |
|   PHFA(*) | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 8774 | | | | |
| PNC BANK NA | 8,206.40 | 2,784.76 | 0.00 | 2,784.76 |
| Acct: 4937 | | | | |
| SEWICKLEY HEIGHTS MANOR HOMES AS | 4,324.05 | 1,467.32 | 0.00 | 1,467.32 |
| Acct: 6428 | | | | |
| DISCOVER BANK(*) | 187.38 | 63.59 | 0.00 | 63.59 |
| Acct: 2755 | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| R A ROGERS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 10,197.25 |

| | |
|---|---:|
| TOTAL PAID TO CREDITORS | 10,663.85 |

TOTAL CLAIMED
PRIORITY         466.60
SECURED            0.00
UNSECURED     30,050.25

Date: 02/23/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
CHRISTOPHER H. DOCCHIO

        Debtor(s)

Ronda J. Winnecour
        Movant
        vs.
No Repondents.

Case No.:18-20252

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                              Case No. 18-20252-CMB

Christopher H. Docchio                                                                              Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2 | User: auto | Page 1 of 3
Date Rcvd: Feb 24, 2023 | Form ID: pdf900 | Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher H. Docchio, 147 Fairfield Drive, New Brighton, PA 15066-3503 |
| cr | + | Sewickley Heights Manor Homes Association, 101 Greenwood Drive, Sewickley, PA 15143-8800 |
| 14763160 | + | Aleppo Township Authority, 100 North Drive, Suite 2, Sewickley, PA 15143-2383 |
| 14763163 | + | Citizens Bank, PO Box 789, Providence, RI 02901-0789 |
| 14763164 | + | Clearview Federal Credit Union, PO Box 96099, Charlotte, NC 28296-0099 |
| 14763165 | + | Duquesne Light, PO Box 67, Pittsburgh, PA 15267-0067 |
| 14763170 | | PNC Visa, P. O. Box 856177, Louisville, KY 40285-6177 |
| 14763167 | + | Penn Federal Credit Union, Delinquency Control Center, PO Box 5100, Fort Hood, TX 76544-0100 |
| 14763172 | + | Sewickley Heights Manor Homes Associatio, 101 Greenwood Drive, Sewickley, PA 15143-8800 |
| 14792981 | + | Sewickley Heights Manor Homes Association, c/o Brandon B. Rothey, Esq., 535 Smithfield Street, Suite 1300, Pittsburgh, PA 15222-2300 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Feb 25 2023 00:18:00 | City & School District of Pittsburgh, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | | Email/Text: bnc-quantum@quantum3group.com | Feb 25 2023 00:18:00 | Quantum3 Group LLC, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14787377 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 25 2023 00:17:00 | Bank Of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 14763162 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 25 2023 00:17:00 | Bank of Ameica, P.O. Box 15026, Wilmington, DE 19850-5026 |
| 14765321 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 25 2023 00:17:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 14788919 | + | Email/Text: ebnjts@grblaw.com | Feb 25 2023 00:18:00 | City & School District of Pittsburgh, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14787464 | + | Email/Text: bankruptcy@clearviewfcu.org | Feb 25 2023 00:18:00 | Clearview FCU, 8805 University Blvd, Moon Township PA 15108-4212 |
| 14782393 | | Email/Text: mrdiscen@discover.com | Feb 25 2023 00:17:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14798700 | + | Email/Text: kburkley@bernsteinlaw.com | Feb 25 2023 00:19:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14763166 | | Email/Text: bankruptcies@penncredit.com | Feb 25 2023 00:18:00 | Penn Credit Corp, PO Box 988, Harrisburg, PA 17108 |
| 14763168 | | Email/Text: blegal@phfa.org | Feb 25 2023 00:18:00 | PHFA, P.O. Box 15057, Harrisburg, PA 17105-5057 |

Case 18-20252-CMB    Doc 65    Filed 02/26/23    Entered 02/27/23 00:30:43    Desc Imaged
Certificate of Notice    Page 6 of 7

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 24, 2023 | Form ID: pdf900 | Total Noticed: 25 |

| 14803616 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
|---|---|---|---|---|
| | | | Feb 25 2023 00:17:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14814981 | + | Email/Text: bankruptcy@rarogersinc.com | | |
| | | | Feb 25 2023 00:19:00 | Pentagon FCU, c/o R.A. Rogers, Inc., PO Box 3302, Crofton, MD 21114-0302 |
| 15383431 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Feb 25 2023 00:18:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14763171 | + | Email/Text: bankruptcy@rarogersinc.com | | |
| | | | Feb 25 2023 00:19:00 | R.A. Rogers Inc, PO Box 3302, Crofton, MD 21114-0302 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bank Of America, N.A. |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14763161 | *+ | Aleppo Township Authority, 100 North Drive, Suite 2, Sewickley, PA 15143-2383 |
| 14763169 | * | PHFA, P.O. Box 15057, Harrisburg, PA 17105-5057 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2023        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brandon B. Rothey | on behalf of Creditor Sewickley Heights Manor Homes Association bbr@muslaw.com tad@muslaw.com;rmp@muslaw.com;muslawpitt@yahoo.com |
| Brian Nicholas | on behalf of Creditor Bank Of America  N.A. bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor City & School District of Pittsburgh jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Lauren M. Lamb | on behalf of Debtor Christopher H. Docchio julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com; rlager@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2 User: auto Page 3 of 3
Date Rcvd: Feb 24, 2023 Form ID: pdf900 Total Noticed: 25

Ronda J. Winnecour
                          cmecf@chapter13trusteewdpa.com

TOTAL: 7