**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

CHRISTOPHER H. DOCCHIO

        Debtor(s)

Ronda J. Winnecour
        Movant
        vs.
No Repondents.

Case No.:18-20252

Chapter 13

Document No.: 62

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this _____11th_____ day of ____April_____, 20__23__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
4/11/23 10:13 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_Carlota M. Böhm_ dmk
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                      Case No. 18-20252-CMB

Christopher H. Docchio                                                                          Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Apr 11, 2023 | Form ID: pdf900 | Total Noticed: 25 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+                   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher H. Docchio, 147 Fairfield Drive, New Brighton, PA 15066-3503 |
| cr | + | Sewickley Heights Manor Homes Association, 101 Greenwood Drive, Sewickley, PA 15143-8800 |
| 14763160 | + | Aleppo Township Authority, 100 North Drive, Suite 2, Sewickley, PA 15143-2383 |
| 14763163 | + | Citizens Bank, PO Box 789, Providence, RI 02901-0789 |
| 14763164 | + | Clearview Federal Credit Union, PO Box 96099, Charlotte, NC 28296-0099 |
| 14763165 | + | Duquesne Light, PO Box 67, Pittsburgh, PA 15267-0067 |
| 14763170 | | PNC Visa, P. O. Box 856177, Louisville, KY 40285-6177 |
| 14763167 | + | Penn Federal Credit Union, Delinquency Control Center, PO Box 5100, Fort Hood, TX 76544-0100 |
| 14763172 | + | Sewickley Heights Manor Homes Associatio, 101 Greenwood Drive, Sewickley, PA 15143-8800 |
| 14792981 | + | Sewickley Heights Manor Homes Association, c/o Brandon B. Rothey, Esq., 535 Smithfield Street, Suite 1300, Pittsburgh, PA 15222-2300 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Apr 11 2023 23:48:00 | City & School District of Pittsburgh, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | | Email/Text: bnc-quantum@quantum3group.com | Apr 11 2023 23:49:00 | Quantum3 Group LLC, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14787377 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 11 2023 23:48:00 | Bank Of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 14763162 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 11 2023 23:48:00 | Bank of Ameica, P.O. Box 15026, Wilmington, DE 19850-5026 |
| 14765321 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 11 2023 23:48:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 14788919 | + | Email/Text: ebnjts@grblaw.com | Apr 11 2023 23:48:00 | City & School District of Pittsburgh, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14787464 | + | Email/Text: bankruptcy@clearviewfcu.org | Apr 11 2023 23:49:00 | Clearview FCU, 8805 University Blvd, Moon Township PA 15108-4212 |
| 14782393 | | Email/Text: mrdiscen@discover.com | Apr 11 2023 23:48:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14798700 | + | Email/Text: kburkley@bernsteinlaw.com | Apr 11 2023 23:49:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14763166 | | Email/Text: bankruptcies@penncredit.com | Apr 11 2023 23:48:00 | Penn Credit Corp, PO Box 988, Harrisburg, PA 17108 |
| 14763168 | | Email/Text: blegal@phfa.org | Apr 11 2023 23:49:00 | PHFA, P.O. Box 15057, Harrisburg, PA 17105-5057 |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 11, 2023 | Form ID: pdf900 | Total Noticed: 25 |

| 14803616 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | Apr 11 2023 23:48:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14814981 | + | Email/Text: bankruptcy@rarogersinc.com | | |
| | | | Apr 11 2023 23:49:00 | Pentagon FCU, c/o R.A. Rogers, Inc., PO Box 3302, Crofton, MD 21114-0302 |
| 15383431 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Apr 11 2023 23:49:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14763171 | + | Email/Text: bankruptcy@rarogersinc.com | | |
| | | | Apr 11 2023 23:49:00 | R.A. Rogers Inc, PO Box 3302, Crofton, MD 21114-0302 |

TOTAL: 15

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bank Of America, N.A. |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14763161 | *+ | Aleppo Township Authority, 100 North Drive, Suite 2, Sewickley, PA 15143-2383 |
| 14763169 | * | PHFA, P.O. Box 15057, Harrisburg, PA 17105-5057 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2023             Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brandon B. Rothey | |
| | on behalf of Creditor Sewickley Heights Manor Homes Association bbr@muslaw.com tad@muslaw.com;rmp@muslaw.com;muslawpitt@yahoo.com |
| Brian Nicholas | |
| | on behalf of Creditor Bank Of America  N.A. bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | |
| | on behalf of Creditor City & School District of Pittsburgh jhunt@grblaw.com |
| Keri P. Ebeck | |
| | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Lauren M. Lamb | |
| | on behalf of Debtor Christopher H. Docchio julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com; rlager@steidl-steinberg.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |

District/off: 0315-2                                    User: auto                                    Page 3 of 3
Date Rcvd: Apr 11, 2023                          Form ID: pdf900                          Total Noticed: 25

cmecf@chapter13trusteewdpa.com

TOTAL: 7